UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

PROVIDED TO HAMILTON C.I. ON
DW 10-2-09 FOR MAILING

**CIVIL RIGHTS COMPLAINT FORM**

Dennis W. Waller
R34049

CASE NUMBER: 3:09-cv-1006-J-25HTS
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Dr Solorzano,B md ETAL
medical Department ETAL

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED 2009 OCT -7 A 11: 30
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Hamilton C.I. Annex
(Indicate the name and location)
11419 SW county Rd. #249 Jasper FL. 32052

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (X) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (X) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                2

1. Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (X) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___2nd___ day of ___October___, 2_009_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? Wrote Informal Grievance and formal Grievance

2. What were the results? Denied

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this  2nd  day of  OctobeR , 2 009 .

_____
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

   A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

   B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

      1. Parties to previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

      2. Court (if federal court, name the district; if state court, name the county):

        _____

      3. Docket Number: _____

      4. Name of judge: _____

      5. Briefly describe the facts and basis of the lawsuit: _____

        _____

        _____

      6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

        _____

      7. Approximate filing date: _____

      8. Approximate disposition date: _____

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                5

_____

_____

_____

_____

_____

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Dennis WAYNE Waller_

   Mailing address: _11419 SW. county Rd. #249 Jasper_
   _FL. 32052_

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _DR Solorzaivo, R           M.D ETAL_

   Mailing Address: _11419 SW. county Rd. #249_
   _Jasper FL. 32052_

   Position: _Head Physician_

   Employed at: _Hamilton C.I. Annex_

D. Defendant: _Medical Department ETAL_

   Mailing Address: _11419 SW. county Rd. #249_
   _Jasper FL. 32052_

   Position: _____

   Employed at: _____

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

My 8th Amendment is Being violated Because They Refuse to give me shots and or Surgery to Relive pain in mid and Lower Back.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>Do not make any legal arguments or cite any cases or statutes.</u> State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On or about 4-22-09, I saw Dr. Henderson for pain in mid and Lower Back, At which time he sent me to RMC to see a specialist Dr. Lord. I saw Dr. Lord on or about 4-27-09, at which time he ordered shots for the pain in mid and Lower Back. On 7-6-09, I saw Dr. Henderson again for the pain I'm suffering from, and he called to see if shots were authorized, and informed me that they were denied. He also put me in to

**Statement of Facts, continued:**

The Specialist Dr. Lord again which I'm still waiting to go see him and am still in terrible pain in mid and lower back. I need pain meds. They have also Altered the Dates on my Grievances as you can see from exibit A to Exibit B, The 9's are Different from one To the other on the Dates. I've Been in pain for over 6 years while Incarcerated.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I am Requesting shots and surgery to relieve the Pain I'm having in mid and Lower Back.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 2nd day of October, 2009.

Denny Wayne Walker

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)

10

AXF 2202L

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| WALLER, DENNIS | R34049 | 09-6-21627 | HAMILTON ANNEX | F2202L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07H (INADEQUATE TREATMENT (MEDICAL))

| 7/13/09 | 09-6-21627 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

FILED
WITH AGENCY CLERK
SEP 21 2009
Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| WALLER, DENNIS | R34049 | 09-6-21627 | HAMILTON ANNEX | F2202L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Records reviewed indicate that you have an appointment in the very near future to address your concerns.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Specialty consults are ordered by your Chief Health Officer when in his/her judgment a medical need is presented.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTEDNED FOR THIS ADDRESSEE ONLY. UNATHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

_P. Tournay_ / _Celeste Kemp_ / 9-17-09

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| WALLER, DENNIS | R34049 | 0906-215-067 | HAMILTON ANNEX | F2202L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07H (INADEQUATE TREATMENT (MEDICAL))

| 6/17/09 | 0906-215-067 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

## PART B - RESPONSE

| WALLER, DENNIS | R34049 | 0906-215-067 | HAMILTON ANNEX | F2202L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your complaint has been received, reviewed and evaluated. You are advised that ESI injections are not indicated at this time. You may address your concerns with the clinician during your next medical appointment. Grievance denied.

You may appeal this decision by submitting a DC1-303 to Ms. Celeste Kemp, Inmate Grievance Administrator, Department of Corrections, 2601 Blairstone Road, Tallahassee, FL 32399-2500 within fifteen days following this decision.

MANOLO DELA-CERNA M.D.
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 6-25-09

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**INMATE REQUEST**   AF2202

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☑ Other  Inmate Bank |
|---|---|---|---|---|

| FROM: | Inmate Name: Waller, Dennis | DC Number: R34049 | Quarters: AF2202L | Job Assignment: Houseman Rd | Date: 8-23-09 |
|---|---|---|---|---|---|

**REQUEST**

Need 6 month printout and this form filled out Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**     DATE RECEIVED: _____

See Attached

[stamp: INMATE TRUST FUND 2009 AUG 31 AM 10:48]

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____    Date: 8/31/09

Distribution:  White  -Returned to Inmate     Pink -Retained by official responding, or if the response is to an
               Canary -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From: Waller, Dennis, W.   R34049   Hamilton Annex
Last   First   Middle Initial   Number   Institution

RECEIVED

Part A – Inmate Grievance   09-6-21627

On or about 4-22-09, I saw Dr. Henderson for pain in mid and Lower Back at which time he sent me to RMC to see a specialist Dr. Lord. I saw Dr. Lord on or about 4-27-09 at which time he put paper work in for a series of shots to relieve some of the pain I have in mid and Lower Back. I saw Dr. Henderson again on 7-6-09 and he called to see if the shots were athorized and informed me they had not. I am suffering terrible pain. The shots were to relieve the pain. The failure to provide me the shots to relieve the pain demonstrates deliberate indifference to a serious medical condition. The institutional response to the attached grievance is obviously in error as Dr. Lord prescribed the shots and submitted the paperwork so that I could receive them.

Remedy: Comply with Dr. Lord's orders and provide me the shots that were medically indicated.

7-6-99
DATE

Dom Waller R34049
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                          #     Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/9/09   Institutional Mailing Log #: AX09-206   Helan
                           (Date)                                            (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY          CENTRAL OFFICE
               INMATE (2 Copies)              INMATE                          075
               INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY   250
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE   0906-215-067

DC1-303 (Revised 2/05)

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: [✓] Warden   [ ] Assistant Warden   [ ] Secretary, Florida Department of Corrections

From: Waller, Dennis W.   R34049   Hamilton Annex
    Last   First   Middle Initial   Number   Institution

### Part A – Inmate Grievance

I went to Butler about 1 month and 1 week ago and am still waiting for athorization and appointment to get shots in Back. But for some Reason I have to Remain in pain. Last time it only took 3 weeks to get athorization and have first series of shots. I saw Doctor Henderson about 3 weeks ago and I know he check on the appointment because I was setting there when he called. So why there draging there feet about this I don't know.

6-17-09
0906215067
Med.

6-15-09
DATE

Den Waller R34049
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
    #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

#### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
    (Date)   (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
     CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)